■ DOMENIC TRIPOLI, Individually and Derivatively on Behalf of ONONDAGA LANDFILL SYSTEMS, INC., Respondent, v JOSEPH R. TRIPOLI et al.,

Appellants.—Order unanimously affirmed, with costs. Memorandum: We do not find that Special Term abused its discretion in granting the equitable relief of enjoining defendants from interfering with plaintiff's contract rights with Onondaga Landfill Systems, Inc., pending trial of the lawsuits between plaintiff and defendants. (Appeal from order of Onondaga Supreme Court—declaratory judgment.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.